Emily R. Nichols, Respondent, v. Alexander A. Nichols, Appellant. (Appeal No. 1.) — As the plaintiff executed an agreement whereby she received the conveyance of the property in East Fifth street in full satisfaction of all claim for support, which agreement was not delivered to the defendant until after the termination of this action, the order should be modified so far as it provides for the payment of seventy-five dollars monthly as in whole or in part an allowance to the plaintiff for her support, so that the decree shall provide that the said sum shall be paid for the support of the children alone; with leave, however, to the defendant, if he be so advised, to apply at Special Term for a reduction of said sum to such an amount as is proper for the support and maintenance of the children alone; and as so modified the order is affirmed, without costs. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Emily R. Nichols, Respondent, v. Alexander A. Nichols, Appellant. (Appeal No. 2.) — Order reversed, without costs, on condition that within twenty days after entry of this order the defendant pay to plaintiff such sum as shall make the total payments seventy-five dollars a month for the support of plaintiff and the children from June 13, 1913, until November 26, 1913, with interest, and after the last-named date as shall make the total payment seventy-five dollars a month for the support of the children alone, with interest; provided, however, that if said sum of seventy-five dollars a month be reduced by the Special Term as from and after November 26, 1913, then the reduced amount shall be considered instead of the

seventy-five dollars a month in determining the amount hereby required to be paid after the said November 26, 1913; otherwise, order affirmed, with ten dollars costs and disbursements. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.